UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 13-1075-JGB (SPx) | Date | April 18, 2014 |
| Title | *Jose Domingo Hic, et al. v. Federal Home Loan Mortgage Corp., et al.* | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order to Show Cause re Stay (IN CHAMBERS)

On September 6, 2013, the Parties filed a stipulation to stay the action pending settlement negotiations. (Doc. No. 22.) The Court stayed the action for 90 days on September 10, 2013. (Doc. No. 23.) No application or stipulation to continue the stay in this action has been filed as of the date of this order.

The Court ORDERS the Parties to show cause as to why the stay should not be lifted by May 12, 2014.

**IT IS SO ORDERED.**